JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHOTIRAWI, | Case No. CV 16-5382-DSF (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| "A" YARD WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 11/1/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE